IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CIERRA RAY, *et al.*,

        Plaintiffs,

v.                                    3:24-CV-619
                                      (JUDGE MARIANI)
ALFRED MCZEAL,

        Defendant.

## ORDER

AND NOW, THIS 5th DAY OF MARCH, 2025, upon review of Chief Magistrate Judge Daryl Bloom's Report & Recommendation ("R&R") (Doc. 5) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 5) is **ADOPTED** for the reasons stated therein.
2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Monroe County.
3. The Clerk of Court is directed to **CLOSE** the federal action.
4. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of Court of Common Pleas of Monroe County.

                                                Robert D. Mariani
                                                United States District Court Judge